# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED DECEMBER 3, 2021

## NO. 03-21-00578-CV

**Seven Oaks Neighborhood Association, Inc., Appellant**

**v.**

**Craig Milius, Trustee of Milius Family Trust, Appellee**

### APPEAL FROM COUNTY COURT AT LAW NO. 2 OF TRAVIS COUNTY
### BEFORE JUSTICES GOODWIN, BAKER, AND SMITH
### DISMISSED FOR WANT OF JURISDICTION -- OPINION BY JUSTICE BAKER

This is an appeal from the order granting summary judgment signed by the trial court on October 13, 2021. Having reviewed the record, it appears that the Court lacks jurisdiction over the appeal. Therefore, the Court dismisses the appeal for want of jurisdiction. Appellant shall pay all costs relating to this appeal, both in this Court and in the court below.